# SIMMS·SHOWERS LLP

INTERNATIONAL PRACTICE. PERSONAL COMMITMENT.

**DEBRA M. HNAT**
PARALEGAL
dmhnat@simmsshowers.com
443.290.8702



October 19, 2022

**BY FEDERAL EXPRESS**

U.S. District Court for
  the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

        Re:    Registration of Foreign Judgment

Dear Sir or Madam:

    Enclosed please find a certified copy of a Judgment issued by the U.S. District Court for the District of Delaware, along with the Clerk's AO 451 certification, to be registered in the U.S. District Court for the Eastern District of Pennsylvania. Also enclosed is our firm's check, in the amount of $49.00, in payment of the fee for the registration of the foreign judgment.

    Thank you for your assistance in this matter. If you have any questions, please contact me at 443-290-8702.

                          Sincerely,

                          Debra M. Hnat

201 International Circle, Suite 230 | Baltimore, Maryland 21030 | www.simmsshowers.com | Offices also in Leesburg, Virginia