

ORIGIN ID:ESNA  (410) 783-5795
DEBRA HNAT
SIMMS SHOWERS LLP
201 INTERNATIONAL CIRCLE
SUITE 250
BALTIMORE, MD 21030
UNITED STATES US

SHIP DATE: 19OCT22
ACTWGT:
CAD: 1262002/INET4530

BILL SENDER

TO  CLERK'S OFFICE
U.S. DISTRICT COURT ED PENNSYLVANIA
601 MARKET STREET

PHILADELPHIA PA 19106
(215) 597-7704   REF: MAINLINE
INV:
PO:   DEPT:

RECEIVED OCT 20 2022




FedEx Express
E
J24222101801uv

THU - 20 OCT 4:30P
STANDARD OVERNIGHT

TRK# 0201  7702 5150 7651

19106
EE REDA    PA-US  PHL

